ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
         erik@packardlawoffices.com
         hallie@packardlawoffices.com

ROBERT J. TUERK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, CA  95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

JOHN LYNN SMITH (State Bar No. 154657)
JULIA C. BUTLER (State Bar No. 199133)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Tel: (415) 543-8700
Fax: (415) 391-8269
E-mail:  jlsmith@reedsmith.com
         jbutler@reedsmith.com

Attorneys for Defendants
ANDERSON LANDFILL, INC., USA WASTE OF CALIFORNIA, INC. and MIKE RIVERA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDERSON LANDFILL, INC., a Delaware corporation, USA WASTE OF CALIFORNIA, INC. a Delaware corporation, and MIKE RIVERA, an individual,<br><br>    Defendants. | Case No. 2:10-cv-00831-WBS-DAD<br><br>STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER THEREON<br><br>Judge: Hon. William B. Shubb |

WHEREAS, Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") filed its Complaint in this action on April 7, 2010;

WHEREAS, on or about September 16, 2010, Plaintiff provided notice of Defendant USA Waste of California, Inc.'s alleged violations of California Health & Safety Code Section 25249.5 (also referred to as "Proposition 65") ("Proposition 65 Notice"), and of its intention to file suit against Defendants Anderson Landfill, Inc. and USA Waste of California, Inc., to the Proposition 65 Enforcement Reporting section of the office of the California Attorney General ("California Attorney General"); the District Attorney of each California county containing sources of drinking water potentially impacted by Defendants Anderson Landfill, Inc. and USA Waste of California, Inc.'s violations of Proposition 65 as described in the Proposition 65 Notice; and, to Defendant USA Waste of California, Inc., as required by California Health & Safety Code Section 25249.5 *et seq.*;

WHEREAS, the 60-day statutory notice period of the Proposition 65 Notice will expire on or about November 20, 2010;

WHEREAS, Plaintiff has provided Defendants herein a proposed First Amended Complaint which adds a claim alleging that Defendants Anderson Landfill, Inc. and USA Waste of California, Inc.'s operation of the Facility has caused and continues to cause, the discharge of lead, lead compounds, mercury and mercury compounds to sources of drinking water in violation of Proposition 65;

WHEREAS, the parties would like to avoid incurring the legal fees which will necessarily arise were Defendants to contest Plaintiff's filing of the proposed First Amended Complaint;

WHEREAS, the parties agree that by entering into this Stipulation, Defendants are not waiving any defenses they may have with respect to any of the new allegations or claims in Plaintiff's First Amended Complaint;

THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California Sportfishing Protection Alliance and Defendants Anderson Landfill, Inc., USA Waste of California, Inc. and Mr. Mike Rivera, that Plaintiff shall be permitted to file its proposed First Amended Complaint on November 20, 2010, or as soon thereafter as may be convenient for Plaintiff.

Defendants' response to the First Amended Complaint shall be filed no later than twenty-one days after the filing of Plaintiff's First Amended Complaint.

Dated: November 5, 2010                 Respectfully submitted,
                                        LAW OFFICES OF ANDREW L. PACKARD


                                        By: /s/ Erik Roper_____
                                            ERIK M. ROPER
                                            Attorneys for Plaintiff
                                            CALIFORNIA SPORTFISHING
                                            PROTECTION ALLIANCE


Dated: November 5, 2010                 REED SMITH LLP

                                        By: /s/ Julia Butler_____
                                            JULIA C. BUTLER
                                            Attorneys for Defendants
                                            ANDERSON LANDFILL, INC.
                                            USA WASTE OF CALIFORNIA, INC. and
                                            MIKE RIVERA

STIPULATION TO ALLOW PLAINTIFF'S FILING OF PROPOSED FIRST AMENDED COMPLAINT; AND, [PROPOSED] ORDER THEREON

**ORDER**

Pursuant to Stipulation, it is ORDERED that (1) Plaintiff is granted leave to file its proposed First Amended Complaint on November 20, 2010, or as soon thereafter as may be convenient for Plaintiff; and, (2) Defendants' response to the First Amended Complaint shall be filed no later than twenty-one days after the filing of Plaintiff's First Amended Complaint.  .

Dated:  November 5, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE