ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
    erik@packardlawoffices.com
    hallie@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P. O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>    Plaintiff,<br>    vs.<br><br>ANDERSON LANDFILL, INC., a Delaware corporation, USA WASTE OF CALIFORNIA, INC., a Delaware corporation, and MIKE RIVERA, an individual,<br><br>    Defendants. | Case No. 2:10-CV-00831-WBS-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA"), and

Defendants Anderson Landfill, Inc. ("ALI"), USA Waste of California, Inc. ("USAWCI"), and

Mr. Mike Rivera ("Defendants") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, on or about February 5, 2010, CSPA provided Defendants with a Notice of Violations and Intent to File Suit ("CWA Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

**WHEREAS**, on or about September 16, 2010, Plaintiff provided notice of Defendant ALI's and Defendant USAWCI's alleged violations of California Health & Safety Code Section 25249.5 (also referred to as "Proposition 65") ("Proposition 65 Notice Letter") and of its intention to file suit against Defendants ALI and USAWCI to the Proposition 65 Enforcement Reporting section of the office of the California Attorney General ("California Attorney General"); the District Attorney of each California county containing sources of drinking water potentially impacted by Defendant ALI's and Defendant USAWCI's alleged violations of Proposition 65; and, to Defendants ALI and USAWCI, as required by California Health & Safety Code Section 25249.5 *et seq.*;

**WHEREAS**, on April 7, 2010, CSPA filed its initial Complaint against Defendants in this Court, *California Sportfishing Protection Alliance v. Anderson Landfill, Inc.*, *et al* (USDC, E.D. Cal., Case No. 2:10-CV-00831-WBS-DAD), and CSPA filed a First Amended Complaint pursuant to stipulation on November 22, 2010 ("Complaint") and said Complaint incorporated by reference all of the allegations contained in CSPA's CWA Notice Letter and Proposition 65 Notice Letter;

**WHEREAS**, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in CSPA's CWA Notice Letter, Proposition 65 Notice Letter, and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the agreement ("Consent Agreement") entered into by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by reference;

**WHEREAS**, CSPA both electronically filed the Consent Agreement through the California Attorney General's Proposition 65 Enforcement Reporting website and further

submitted the Consent Agreement via certified mail, return receipt requested, to the California Attorney General pursuant to California Health & Safety Code § 25249.7(f) and 11 C.C.R. §§ 3001(a) and 3003(b), and the California Attorney General has failed to inform the Parties of any objection to the Consent Agreement;

**WHEREAS**, CSPA submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the Parties that CSPA's claims, as set forth in its CWA Notice Letter, Proposition 65 Notice Letter, and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with Clause 17 of the Consent Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through September 30, 2013, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Consent Agreement.

Dated:  July 8, 2011                         LAW OFFICES OF ANDREW L. PACKARD


By:__/s/_____
Andrew L. Packard
Attorneys for Plaintiff
California Sportfishing Protection Alliance

Dated:  July 8, 2011                         REED SMITH LLP


By:__/s/_____
John Lynn Smith
Attorneys for Defendants
Anderson Landfill, Inc., et al

**ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants Anderson Landfill, Inc., USA Waste of California, Inc. and Mr. Mike Rivera as set forth in Plaintiff's Clean Water Act Notice Letter, Proposition 65 Notice Letter, and Complaint filed in Case No. 2:10-CV-00831-WBS-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated: July 21, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE